THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ATTILIO GALARDI, Appellant.— Judgment of the County Court, Kings county, convicting the defendant, upon his plea of guilty, of the crime of receiving stolen goods, and order of said court denying the defendant's motion to withdraw his plea of guilty and enter a plea of not guilty, unanimously affirmed. The affidavits in support of the motion

to withdraw the plea of guilty fail to establish that the defendant has any meritorious defense. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.